Louis Florian Hermann and others *v.* Robert H. Rivers and others.

A motion to dismiss an appeal on the ground of the want of citation, made at the third term after the record was filed, must prevail.

Appeal from the District Court of Lafayette, *Boyce,* J.

*I. E. Morse*, for the plaintiffs and appellants.
*Crow*, contra.

BULLARD, J. This appeal was brought up in 1842, and there is yet no citation of appeal. After so long a delay we cannot refuse the motion made to dismiss the appeal.

*Appeal dismissed.*